IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| JAMI LYNN GOLDEN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C. A. NO. 4:18-CV-157-MLB |
| | * | |
| FLOYD HEALTHCARE | * | |
| MANAGEMENT, INC. d/b/a | * | |
| FLOYD MEDICAL CENTER, | * | |
| FLOYD EMERGENCY | * | |
| PHYSICIANS, LLC a/k/a FLOYD | * | |
| EMERGENCY PHYSICIANS | * | |
| GROUP, LLC, GARRETT H. | * | |
| BARNES, M.D., CHARLES W. | * | |
| STEIN, N.P., and DANNY R. ROGERS, | * | |
| P.A., | * | |
| | * | |
| Defendants. | * | |

## PLAINTIFF'S RULE 26 EXPERT DISCLOSURES

Plaintiff files these disclosures of persons who may offer expert testimony at trial, showing the Court as follows:

1.     Plaintiff has retained Louis P. Ciamillo, M.D. as an expert who may present trial testimony at trial in this case.  A copy of Dr. Ciamillo's Rule 26 Report is attached as Exhibit A.

2.     Plaintiff has retained Michelle K. Breem, RNP as an expert who may present trial testimony at trial in this case.  A copy of NP Breen's Rule 26 Report is attached as Exhibit B.

1

3.    Plaintiff expects the following expert treating physicians may give expert testimony at trial.  These physicians have not been retained by the Plaintiff to give expert testimony.

Dr. Mark Kunkel, DPM
UAB Health System
1201 11th Ave S #200
Birmingham, AL 35205
TEL 205-975-2310

Dr. Ashish Shah, MD
UAB Health System
1201 11th Avenue South, Floor 2
Birmingham, AL 35205
Phone: 205-975-2663

Dr. Nileshkumar Chaudhari, MD
UAB Health System
1201 11th Avenue South, Floor 2
Birmingham, AL 35205
Phone: 205-975-2663

Dr. Charles Carpenter Pitts, Jr., MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Walter Charles Bell, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. William A. Potter, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Lucy G. Chapman, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Pamela D. Varner, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Zane Brooks Hyde, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Eildar Abyar, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Craig S. Samford, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. John Charles Briggs, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Arthur M. Boudreaux, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Tekuila Carter, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Peter A. Nagi, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. James M. Hunter, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Elise P. Salerno, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Jennifer Anderson, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Mark P. Powell, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. George A. Dumas, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Anthony C. Pitts, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Danielle K. Powell, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Victor W. Mark, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Jason A. Pietryga, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Michelle M. McNamara, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Jubal R. Watts, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Joseph C. Sullivan III, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Emmy K. Bell, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Robert C. Brunner, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Lucie Mitchell, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Adam Almaguer, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Ali Kilic, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Sunil Rangarajan, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Todd McCarty, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Robert J. Heine, MD
1201 11th Avenue South
Birmingham, AL 35205

Dr. Rikke Borg, MD
1201 11th Avenue South
Birmingham, AL 35205

John S. Hostetler, MD
Harbin Clinic
1825 Martha Berry Boulevard, Rome, GA 30165
Rome, GA 30165

TEL 762-235-2410

John Cutshall
Harbin Clinic Immediate Care
1825 Martha Berry Boulevard
Rome, GA 30165
TEL 762-235-1470

Kristen H. Leezer, MD
Northwest Georgia Medical Clinic
15 Riverbend Dr.
Rome, GA 30161
TEL 706-291-0884

John M Harris, MD
Redmond Medical Center
501 Redmond Rd
Rome, GA 30161

Darah R. Mack, M.D.. Mack
ER Physician
Redmond Medical Center
501 Redmond Rd
Rome, GA 30161

James Merritt, MD
Redmond Medical Center
501 Redmond Rd
Rome, GA 30161

Jennifer Davis Barbieri, MD
Redmond Medical Center
501 Redmond Rd
Rome, GA 30161

Mark A. McElhannon , MD
Redmond Medical Center
501 Redmond Rd
Rome, GA 30161

These treating physicians may offer opinions about their diagnoses of the Plaintiff's health condition, the conditions for which they may have treated the Plaintiff, the Plaintiff's response to their treatment, and their prognosis for the Plaintiff's in view of her response to their treatment. Generally, their opinions are recorded in Plaintiff's medical records which have been produced to Defendants.

This 2nd day of November 2020.

Attorneys for Plaintiff:

THE STONE LAW GROUP
- TRIAL LAWYERS, LLC
By: *s/William S. Stone*
William S. Stone
Georgia State Bar No. 684636

P. O. Drawer 70
Blakely, Georgia 39823
TEL 229/723-3045
FAX 229/723-4834
W. Stone email: billstone@stonelaw.com

Ryals D. Stone
Georgia State Bar No. 831761
James W. Stone
Georgia State Bar No. 328708

5229 Roswell Road NE
Atlanta, GA 30342
TEL  404/239-0305
FAX  404/445-8003
W. Stone email:   billstone@stonelaw.com
R. Stone email: ryals@stonelaw.com
J. Stone email:  james@stonelaw.com

# EXHIBIT A

# RULE 26 REPORT OF LOUIS PRESTON CIAMILLO, JR., MD

## I. STATEMENT OF OPINIONS, BASIS AND REASONS FOR OPINIONS

My Affidavit filed contemporaneously with the Complaint for Damages in this case is incorporated by reference. Based on discovery taken in this case, I have additional opinions, as follows.

In my routine medical practice I have for many years worked closely with, supervised, given orders to nurses, interacted with nurses, and observed first-hand the physician-nurse relationship in the hospital emergency department setting.

It is my understanding that the standard of care relative to the practice of nursing is the degree of care and skill in the treatment and care of a patient nurses generally have and use under similar conditions and like surrounding circumstances.

It is my opinion that the care provided to Jami Golden in the Floyd Medical Center Emergency Care Department ("Floyd Emergency Center") by Charge Nurse Sharon Gaylor, RN in the early morning hours of July 2, 2016 did not meet the standard of care required of nurses. Nurse Gaylor did not perform her duties as required by Floyd Emergency Center Policy Re Sepsis Alert/Response in force on July 1-2, 2016. When a computer Sepsis Alert fired on Ms. Golden, and Nurse Gaylor received notice of the alert at 2:03 a.m., she failed to take any action at all to notify Dr. Garrett Barnes, Ms. Golden's attending ECC physician (or his PA, Danny

Rogers), or Mendy Lambert, RN, Ms. Golden's primary nurse, of the Sepsis Alert as she was required to do by the Sepsis Alert/Response Policy.

As a nurse employed at the Floyd Emergency Center, Nurse Gaylor is required by the nursing standard of care, and the directions of her employer, to follow and comply with all hospital policies, and she has no discretion to decide whether, or under what circumstances, she will not do so. Her duties in responding to receiving a Sepsis Alert required no medical or nursing judgment, but simply required her to perform the ministerial act of communicating to Dr. Barnes (or PA Rogers) and Nurse Lambert the fact that a Sepsis Alert concerning their patient, Ms. Golden, had fired. After that, Nurse Gaylor had no further responsibility. Nurse Lambert was then responsible under the Sepsis Alert/Response policy for initiating the Floyd Emergency Center Sepsis Protocol. Dr. Barnes was then responsible directing all the subsequent medical management of Ms. Golden's condition under the existing conditions and circumstances, including the Sepsis Alert. This could include broadening or narrowing the orders in the Floyd Emergency Center Sepsis Protocol, as determined by his own medical judgment under the circumstances.

As a result of Nurse Gaylor's complete failure to perform her duty under the Sepsis Alert/Response policy, Dr. Barnes (or PA Rogers) and Nurse Lambert maintain they were unaware of the Sepsis Alert concerning Ms. Golden, and that is why they took no action to further investigate Ms. Golden's condition and rule out

the existence of any potential sepsis risk, or timely and appropriately treat it, in response to the Sepsis Alert. They say they just did not know about it because they were never told about it by Charge Nurse Gaylor. However, this is not to say that PA Rogers is blameless. As I pointed out in my Affidavit, I take issue with this. PA Rogers should have known from the vital signs reported by Nurse Lambert and the elevated Bands reported in the Lab report that Ms. Golden was showing signs and symptoms of sepsis. PA Rogers should have informed Dr. Barnes of this himself, without waiting for a Sepsis Alert to fire, and sought additional direction or orders about what to do to further evaluate and treat Ms. Golden. He did not.

The data on which the Sepsis Alert was based was in the medical record, and PA Rogers had an obligation to review the record and inform himself of the patient's condition, which was trending septic. He did not do so, and breached the standard of care for Physician's Assistants, as I explained in my Affidavit.

It is my opinion to a reasonable degree of medical probability that Nurse Gaylor's breach of duty to notify Dr. Barnes (or PA Rogers) and Nurse Lambert that the Sepsis Alert concerning Ms. Golden fired is a proximate cause of the failure of the Floyd Emergency Center healthcare providers to further investigate and rule out a serious potential sepsis risk as a medical cause of Ms. Golden's condition, or to timely and appropriately treat her serious potentially septic condition to avoid severe threat of injury to her life and health.

Ms. Golden was discharged from the Floyd Emergency Center on July 2, 2016 at 3:34 a.m., about 1-1/2 hours after the Sepsis Alert fired. During that 1-1/2 hours nothing at all was done by the Emergency Center physician and other providers to further investigate Ms. Golden's condition and rule out the existence of any potential sepsis risk, or to timely and appropriately treat it, in response to the Sepsis Alert.

At 4:56 p.m. on July 2, 2016 Ms. Golden presented at the Redmond Medical Center Emergency Department via ambulance in septic shock, and the hospital's sepsis protocol was immediately initiated. After an 11 day hospital stay at Redmond Medical Center, Ms. Golden was transferred to the UAB Medical Center at Birmingham, Alabama for further treatment.

This is the kind of avoidable result the Floyd Emergency Center Sepsis Alert/Response policy exists to prevent. Nurse Gaylor's failure to take any action at all to perform the duty imposed on her by the Sepsis Alert/Response policy was gross negligence.

## II.    FACTS AND DATA CONSIDERED IN FORMING OPINIONS

I have reviewed the following materials pertaining to the care and treatment provided to Ms. Golden in this case:

1.    All documents referenced in my Affidavit filed in this case

2.    Complaint for Damages

3.    My Affidavit filed in this case

4. Floyd Emergency Center Policy Re Medical Coverage for the ECC in force on July 1-2, 2016.

5. Floyd Emergency Center Policy Re Medical Staff Responsibility for ECC Patients in force on July 1-2, 2016.

6. Floyd Emergency Center Policy Re ECC Service Description in force on July 1-2, 2016.

7. Floyd Emergency Center Policy Re Assessment/Triage Provision in force on July 1-2, 2016.

8. Floyd Emergency Center Policy Re Sepsis Alert/Response in force on July 1-2, 2016.

9. Floyd Emergency Center Policy Re Respecting EMTALA (COBRA) Compliance in force on July 1-2, 2016.

10. Floyd Emergency Center Policy Re Sepsis Protocol in force on July 1-2, 2016.

11. Redmond Regional Medical Center Emergency Provider Report for Jami Golden

12. Redmond Regional Medical Center History and Physical for Jami Golden

13. Redmond Regional Medical Center Infectious Disease Consultation Report for Jami Golden

14. Redmond Regional Medical Center Discharge Summary for Jami Golden

15. Depositions of Floyd Healthcare Management, Inc., Floyd Emergency Physicians, LLC, by designated representative Garrett Barnes, MD under Fed.R.Civ.Pr. 30(b)(6), and Garrett Barnes, MD, individually

16. Depositions of Floyd Healthcare Management, Inc., Floyd Emergency Physicians, LLC, by designated representative Charles William Stein , NP under Fed.R.Civ.Pr. 30(b)(6), and Charles William Stein , NP, individually

17. Depositions of Floyd Healthcare Management, Inc., Floyd Emergency Physicians, LLC, by designated representative Danny Ray Rogers, PA under Fed.R.Civ.Pr. 30(b)(6), and Danny Ray Rogers, PA, individually

18.  Depositions of Floyd Healthcare Management, Inc., Floyd Emergency Physicians, LLC, by designated representative Mendy Lambert, RN under Fed.R.Civ.Pr. 30(b)(6), and Mendy Lambert, RN, individually

19.  Depositions of Floyd Healthcare Management, Inc., Floyd Emergency Physicians, LLC, by designated representative Sharon Gaylor, RN under Fed.R.Civ.Pr. 30(b)(6), and Sharon Gaylor, RN, individually

The facts evidenced by these materials in part form the basis of my opinions stated in this Report. I reserve the right to amend this statement if new information becomes available through the course of discovery or otherwise, that is not currently known to Plaintiff. I will also base my opinions on my education, training, and experience, as set forth in my CV attached hereto.

## III.  EXHIBITS TO BE USED TO SUMMARIZE OR SUPPORT OPINIONS

At this time, I am not aware of any exhibits to be used to summarize or support my opinions, except for the medical records, Floyd Emergency Center policies, and depositions set forth in Section II above. Should any additional exhibits be used to summarize or support my opinions, this disclosure of such exhibits will be supplemented.

## IV.  EXPERT QUALIFICATIONS

My qualifications to offer expert testimony are set forth in my CV, which is attached hereto and incorporated by reference.

I have not authored any publications in the ten (10) years prior to the date of this Report.

## V. TESTIMONY FROM PREVIOUS FOUR YEARS

I have not testified at trial or by deposition in any cases within the past four

(4) years prior to this Report.

## VI. STATEMENT OF COMPENSATION

For this case I am being compensated according to the following fee schedule:

| | |
|---|---|
| Case Review, Research, Oral Opinion: | $ 400 hour |
| Reports & Pretrial Preparation: | $ 400/ hour |
| Deposition Appearance: | $ 450/hour |
| Trial Appearance: | $ 450/hour |
| Travel Time & Expenses: | Actual cost incurred |

This 2nd day of November, 2020

Louis P. Ciamillo, Jr., MD

# CURRICULUM VITAE

March 2018

## Louis Preston Ciamillo, Jr., MD

Associate Professor
Department of Emergency Medicine
Medical College of Georgia

**HOME ADDRESS:**    1587 River Island Parkway
Evans, GA  30809
Phone: (706) 533-2911

**OFFICE ADDRESS:**    Augusta University Medical Center
Department of Emergency Medicine
1120 15th Street, AF-2037
Office:  (706) 721-9957
Fax:  (706) 721-7718
Cell:  (706) 533-2911

**CERTIFICATION:**    American Board of Emergency Medicine
November 2005 - Present

**EDUCATION:**

2000 – 2003        Emergency Medicine Residency
Medical College of Georgia
Augusta, Georgia

1999 – 2000        Internal Medicine Internship
Medical College of Georgia
Augusta, Georgia

1995 – 1999        M.D., Doctorate of Medicine
Medical College of Georgia
Augusta, Georgia

1992 - 1995        B.S., Bachelor's of Science Biology
Augusta State University
Augusta, Georgia

**PROFESSIONAL:**

| | |
|---|---|
| 2016–Present | Director of Quality Assurance |
| | Medical College of Georgia at Augusta University Medical Center |
| | Augusta, Georgia |
| | |
| 2004 – 2016 | Medical Director of Emergency Medicine |
| | Medical College of Georgia |
| | Augusta, Georgia |
| | |
| 2011 – Present | Associate Professor of Emergency Medicine |
| | Medical College of Georgia at Augusta University Medical Center |
| | Augusta, Georgia |
| | |
| 2008 – 2012 | Service Chief of Emergency Medicine |
| | Georgia Health Sciences University |
| | Augusta, Georgia |
| | |
| 2003 – 2011 | Assistant Professor of Emergency Medicine |
| | Medical College of Georgia |
| | Augusta, Georgia |
| | |
| 2003 – 2004 | Assistant Program Director of Emergency Medicine Residency |
| | Medical College of Georgia |
| | Augusta, Georgia |
| | |
| 2003 – 2004 | Program Director of Physician Assistant Emergency Medicine Residency |
| | Medical College of Georgia |
| | Augusta, Georgia |
| | |
| 2002 – 2004 | Staff Physician in Emergency Medicine |
| | Wills Memorial Hospital |
| | Washington, Georgia |
| | |
| 2001 – 2002 | Staff Code Call Physician |
| | Phyamerica |
| | Augusta, Georgia |
| | |
| 2001 – 2002 | Staff Emergency Medicine Physician |
| | Emanuel Medical Center |
| | Swainsboro, Georgia |

| 2001 – 2003 | Staff Emergency Medicine Physician<br>Burke Medical Center<br>Waynesboro, Georgia |
|---|---|
| 1988 – 1992 | Comptroller/Owner<br>MGW Limited<br>Frederick, Maryland |

## COMMITTEES:

| 2011 – 2016 | Quality Unit Council Committee, Department of Emergency Medicine<br>Medical College of Georgia/Georgia Health Sciences University<br>Augusta, Georgia |
|---|---|
| 2008 - 2016 | Medical Executive Committee<br>MCG Health Inc.<br>Augusta, Georgia |
| 2008 - 2016 | Leadership Committee, Department of Emergency Medicine<br>Medical College of Georgia/Georgia Health Sciences University<br>Augusta, Georgia |
| 2008 – 2016 | Patient Advisor Committee Meeting<br>Medical College of Georgia/Georgia Health Sciences University<br>Augusta, Georgia |
| 2006 – Present | ICU Committee<br>MCG Health Inc.<br>Augusta, Georgia |
| 2006 - Present | Academic Group Practice Committee<br>Medical College of Georgia/Georgia Health Sciences University<br>Augusta, Georgia |

## MEMBERSHIPS/BOARD CERTIFICATION:

| 2005-Present | Board Certification American Board of Emergency Medicine (Recertification 2015 For 10 year term) |
|---|---|
| 2004-Present | Member American Academy of Emergency Medicine |
| 2004-Present | Member American College of Emergency Physicians |
| 2004-2006 | Member American Medical Association (discontinued membership due political beliefs.) |
| 1991-Present | Lifetime Membership Award Phi Kappa Phi Honor Society |

**AWARDS:**

1988   Thomas W. Pangborn Scholarship (Academic Scholarship Mount Saint Mary's College)
1991   McCrary Science Award (Institutional Science Award, Augusta University, given each year to most outstanding student in Science)
1991   Phi Kappa Phi Essay – Semi-Finalist in national PKP essay contest (Lifetime Membership in PKP Honor Society awarded)
1995   James Puryear Scholarship (Medical College of Georgia Academic Scholarship)
1999   Emergency Medicine Resident Teacher of the Year

**PRESENTATIONS:**

October, 2017
      "Anaphylaxis/Allergic Rxn/Angioedema"
      Augusta University Emergency Medicine Grand Rounds
      Augusta, Georgia
      Presentation

May, 2015   "Eye Emergencies"
      Georgia Regents University Emergency Medicine Grand Rounds
      Augusta, Georgia
      Presentation

May, 2015   "Neurology"
      Georgia Regents University Emergency Medicine Grand Rounds
      Augusta, Georgia
      Presentation

February, 2015  "Board Review"
      Georgia Regents University Emergency Medicine Grand Rounds
      Augusta, Georgia
      Presentation

June, 2014   "Pacing Lab"
      Georgia Regents University Emergency Medicine Grand Rounds
      Augusta, Georgia
      Presentation

February 2014  "Pneumonia Review"
      Georgia Regents University Emergency Medicine Grand Rounds
      Augusta, Georgia
      Presentation

February 2014      "Ortho Review"
                   Georgia Regents University Emergency Medicine Grand Rounds
                   Augusta, Georgia
                   Presentation

November 2013      "Hypothermia Protocol"
                   Georgia Regents University Emergency Medicine Grand Rounds
                   Augusta, Georgia
                   Presentation

**PRESENTATIONS CONTINUED…**

September 2013     "Eye Emergencies"
                   Georgia Regents University Emergency Medicine Grand Rounds
                   Augusta, Georgia
                   Presentation

June 2013          "Pacing Lab"
                   Georgia Regents University Emergency Medicine Grand Rounds
                   Augusta, Georgia
                   Presentation

February 2013      "Ortho Review"
                   Georgia Regents University Emergency Medicine Grand Rounds
                   Augusta, Georgia
                   Presentation

February 2013      "Pneumonia Review"
                   Georgia Regents University Emergency Medicine Grand Rounds
                   Augusta, Georgia
                   Presentation

May 2012           "Live Tissue Lab/Transvenous Cardiac Pacing"
                   Georgia Health Sciences University Emergency Medicine Grand Rounds
                   Augusta, Georgia
                   Presentation

February 2012      "Pulmonary In-Service Review"
                   Georgia Health Sciences University Emergency Medicine Grand Rounds
                   Augusta, Georgia
                   Presentation

March 2011         "Live Tissue Lab/Transvenous Cardiac Pacing"
                   Medical College of Georgia Emergency Medicine Grand Rounds
                   Augusta, Georgia

Presentation

April 2010          "Live Tissue Lab/Transvenous Cardiac Pacing"
                    Medical College of Georgia Emergency Medicine Grand Rounds
                    Augusta, Georgia
                    Presentation


**PRESENTATIONS CONTINUED...**

December 2009       "Orthopedics"
                    Medical College of Georgia Emergency Medicine Grand Rounds
                    Augusta, Georgia
                    Presentation

September 2009      "Medical College of Georgia Emergency Medicine Faculty Retreat"
                    Augusta, Georgia
                    Retreat Director

June 2009           "Care of the Psychiatric Patient in Georgia"
                    Georgia College of Emergency Physicians Annual Assembly
                    Hilton Head, SC
                    Presentation

June 2009           "Live Tissue Lab/Cardiac Pacing"
                    Medical College of Georgia Emergency Medicine Grand Rounds
                    Augusta, Georgia
                    Presentation

September 2008      "M & M"
                    Medical College of Georgia Emergency Medicine Grand Rounds
                    Augusta, Georgia
                    Presentation

August 2008         "Medical College of Georgia Emergency Medicine Faculty Retreat"
                    Augusta, Georgia
                    Retreat Director

February 2008       "Pulmonary Emergencies"
                    Medical College of Georgia Emergency Medicine Grand Rounds
                    Augusta, Georgia
                    Presentation

January 2008      "Journal Club"
Medical College of Georgia Emergency Medicine Grand Rounds
Augusta, Georgia
Presentation

November 2007      "Pericarditis, Endocarditis, Myocarditis
Medical College of Georgia Emergency Medicine Grand Rounds
Augusta, Georgia
Presentation

**PRESENTATIONS CONTINUED…**

August 2007      "Medical College of Georgia Emergency Medicine Faculty Retreat"
Augusta, Georgia
Retreat Director

July 2007      "Transvenous Pacing Lab"
Medical College of Georgia Emergency Medicine Grand Rounds
Augusta, Georgia
Live Animal Lab

July 2007      "Emergency Airway Technique Fiberoptic"
Medical College of Georgia Emergency Medicine Grand Rounds
Augusta, Georgia
Presentation

June 2007      "Cardiac Pacing"
Medical College of Georgia Emergency Medicine Grand Rounds
Augusta, Georgia
Live Animal Lab

April 2007      "Difficult Airways"
Medical College of Georgia Emergency Medicine Grand Rounds
Augusta, Georgia
Presentation

February 2007      "Ortho Review"
Medical College of Georgia Emergency Medicine Grand Rounds
Augusta, Georgia
Presentation

February 2007      "Pulmonary Review"
Medical College of Georgia Emergency Medicine Grand Rounds
Augusta, Georgia
Presentation

January 2007       "Journal Club"
Medical College of Georgia Emergency Medicine Grand Rounds
Augusta, Georgia
Presentation

August 2006      "Medical College of Georgia Emergency Medicine Faculty Retreat"
Augusta, Georgia
Retreat Director

## PRESENTATIONS CONTINUED…

August 2006      "Diabetic Keto Acidosis"
Medical College of Georgia Emergency Medicine Grand Rounds
Augusta, Georgia
Presentation

August 2006      "Transvenous Cardiac Pacing"
Medical College of Georgia Emergency Medicine Grand Rounds
Augusta, Georgia
Presentation

February 2006     "Pulmonary Review"
Medical College of Georgia Emergency Medicine Grand Rounds
Augusta, Georgia
Presentation

August 2005      "Diabetic Keto Acidosis"
Medical College of Georgia Emergency Medicine Grand Rounds
Augusta, Georgia
Presentation

April 2005        "EM Administration"
Medical College of Georgia Emergency Medicine Grand Rounds
Augusta, Georgia
Presentation

February 2005     "Pulmonary Review"
Medical College of Georgia Emergency Medicine Grand Rounds
Augusta, Georgia
Presentation

January 2005      "Acute Renal Failure"
Medical College of Georgia Emergency Medicine Grand Rounds
Augusta, Georgia

Presentation

January 2005      "Medical Screening Exam"
                  Medical College of Georgia Emergency Medicine Grand Rounds
                  Augusta, Georgia
                  Presentation

**PRESENTATIONS CONTINUED…**

| | |
|---|---|
| September 2004 | "Pericarditis, Endocarditis, Myocarditis"<br>Medical College of Georgia Emergency Medicine Grand Rounds<br>Augusta, Georgia<br>Presentation |
| May 2004 | "Journal Club"<br>Medical College of Georgia Emergency Medicine Grand Rounds<br>Augusta, Georgia<br>Presentation |
| April 2004 | "Resuscitation"<br>Medical College of Georgia Emergency Medicine Grand Rounds<br>Augusta, Georgia<br>Presentation |
| March 2004 | "Diabetic Keto Acidosis"<br>Medical College of Georgia Emergency Medicine Grand Rounds<br>Augusta, Georgia<br>Presentation |
| February 2004 | "Pulmonary Review"<br>Medical College of Georgia Emergency Medicine Grand Rounds<br>Augusta, Georgia<br>Presentation |
| January 2004 | "Acute Renal Failure"<br>Medical College of Georgia Emergency Medicine Grand Rounds<br>Augusta, Georgia<br>Presentation |
| November 2003 | "Pneumonia"<br>Medical College of Georgia Emergency Medicine Grand Rounds<br>Augusta, Georgia<br>Presentation |
| August 2003 | "Resuscitation"<br>Medical College of Georgia Emergency Medicine Grand Rounds<br>Augusta, Georgia<br>Presentation |

**PRESENTATIONS CONTINUED…**

July 2003            "Ortho/Splinting"
                     Medical College of Georgia Emergency Medicine Grand Rounds
                     Augusta, Georgia
                     Presentation

**ADMINISTRATIVE PROJECTS:**

May 2007 - July 2010        Emergency Room Expansion

Approached MCG Health Inc about expansion of the current ED to include a 10 bed acute care unit and 7 bed psychiatric unit. From inception to bond issue to architect and patient advisory meetings, the entire process took four years. The 6.5 million dollar project was my initiative and both new units opened in July 2010. The psychiatric unit was a novel approach to the management of patients with behavioral health emergencies and we successfully opened the unit with co-management buy in from the Medical College of Georgia's Department of Psychiatry.

January 2006 - 2016        Billing and Coding Chart Review

Devised a system for coding clerks to communicate with emergency physicians in our practice group regarding missed documentation. Process closed a $500,000 gap in procedures done but not documented. Process also improved our group critical care billing from .49% to greater than 2%. Average gross charges per hour increased from $600 to over $900 for the group.

November 2009 - 2016        Patient Care and Comfort Measures Initiative

Co-Authored patient care and comfort measures initiative with input from nursing and physician staff and hospital leadership. Created a new paradigm in care of the emergency patient to address pain and suffering at check in, and give nursing more clinical autonomy to initiate care measures.

**PUBLICATIONS:**

Lyon M, Brannam L, **Ciamillo L**, Blaivas M. *False Positive Abdominal Aortic Aneurysm on Bedside Emergency Ultrasound.* Journal of Emergency Medicine. 2004; 26: 193-6.

# EXHIBIT B

## RULE 26 REPORT OF MICHELLE K. BREEM, RNP

## I.      STATEMENT OF OPINIONS, BASIS AND REASONS FOR OPINIONS

It is my understanding that the standard of care relative to the practice of medicine is the degree of care and skill in the treatment and care of a patient similar medical providers generally have and use under similar conditions and like surrounding circumstances. This standard of care applies to nurses, who must have and use that degree of care and skill in the treatment and care of a patient employed by nurses generally under similar conditions and like surrounding circumstances.

It is my opinion that the care provided to Jami Golden in the Floyd Medical Center Emergency Care Department ("Floyd Emergency Center") by Charge Nurse Sharon Gaylor, RN in the early morning hours of July 2, 2016 did not meet the standard of care required of nurses.  Nurse Gaylor did not perform her duties as required by Floyd Emergency Center Policy Re Sepsis Alert/Response in force on July 1-2, 2016.  When a computer Sepsis Alert fired on Ms. Golden, and Nurse Gaylor received notice of the alert at 2:03 a.m., she failed to take any action at all to notify Dr. Garrett Barnes, Ms. Golden's attending ECC physician (or his PA, Danny Rogers), or Mendy Lambert, RN, Ms. Golden's primary nurse, of the Sepsis Alert as she was required to do by the Sepsis Alert/Response Policy.

As a nurse employed at the Floyd Emergency Center, Nurse Gaylor is required by the nursing standard of care, and the directions of her employer, to follow and

comply with all hospital policies, and she has no discretion to decide whether, or under what circumstances, she will not do so. Her duties in responding to receiving a Sepsis Alert required no medical or nursing judgment, but simply required her to perform the ministerial act of communicating to Dr. Barnes (or PA Rogers) and Nurse Lambert the fact that a Sepsis Alert concerning their patient, Ms. Golden, had fired. After that, Nurse Gaylor had no further responsibility. Nurse Lambert was then responsible under the Sepsis Alert/Response policy for initiating the Floyd Emergency Center Sepsis Protocol. Dr. Barnes was then responsible directing all the subsequent medical management of Ms. Golden's condition under the existing conditions and circumstances, including the Sepsis Alert.

As a result of Nurse Gaylor's complete failure to perform her duty under the Sepsis Alert/Response policy, Dr. Barnes (or PA Rogers) and Nurse Lambert maintain they were unaware of the Sepsis Alert concerning Ms. Golden, and that is why they took no action to further investigate Ms. Golden's condition and rule out the existence of any potential sepsis risk, or timely and appropriately treat it, in response to the Sepsis Alert. They say they just did not know about it because they were never told about it by Charge Nurse Gaylor.

Therefore, it is my opinion to a reasonable degree of medical probability that Nurse Gaylor's breach of duty to notify Dr. Barnes (or PA Rogers) and Nurse Lambert that the Sepsis Alert concerning Ms. Golden fired is a proximate cause of

the failure of the Floyd Emergency Center healthcare providers to further investigate and rule out a potential sepsis risk as a medical cause of Ms. Golden's condition, or to timely and appropriately treat her potentially septic condition to avoid severe threat of injury to her life and health.

Ms. Golden was discharged from the Floyd Emergency Center on July 2, 2016 at 3:34 a.m., about 1-1/2 hours after the Sepsis Alert fired. During that 1-1/2 hours nothing at all was done by the Emergency Center physician and other providers to further investigate Ms. Golden's condition and rule out the existence of any potential sepsis risk, or to timely and appropriately treat it, in response to the Sepsis Alert.

At 4:56 p.m. on July 2, 2016 Ms. Golden presented at the Redmond Medical Center Emergency Department via ambulance in septic shock, and the hospital's sepsis protocol was immediately initiated. After an 11 day hospital stay at Redmond Medical Center, Ms. Golden was transferred to the UAB Medical Center at Birmingham, Alabama for further treatment.

This is the kind of avoidable result the Floyd Emergency Center Sepsis Alert/Response policy exists to prevent. Nurse Gaylor's failure to take any action at all to perform the duty imposed on her by the Sepsis Alert/Response policy was gross negligence.

## II.    FACTS AND DATA CONSIDERED IN FORMING OPINIONS

I have reviewed the following materials pertaining to the care and treatment provided to Ms. Golden in this case:

1.    Complaint for Damages

2.    Affidavit of Louis P. Ciamillo, Jr., M.D.

3.    Medical records of Jami Lynn Golden from Floyd Medical Center

4.    Floyd Emergency Center Policy Re Medical Coverage for the ECC in force on July 1-2, 2016.

5.    Floyd Emergency Center Policy Re Medical Staff Responsibility for ECC Patients in force on July 1-2, 2016.

6.    Floyd Emergency Center Policy Re ECC Service Description in force on July 1-2, 2016.

7.    Floyd Emergency Center Policy Re Assessment/Triage Provision in force on July 1-2, 2016.

8.    Floyd Emergency Center Policy Re Sepsis Alert/Response in force on July 1-2, 2016.

9.    Floyd Emergency Center Policy Re Respecting EMTALA (COBRA) Compliance in force on July 1-2, 2016.

10.    Floyd Emergency Center Policy Re Sepsis Protocol in force on July 1-2, 2016.

11.    Redmond Regional Medical Center Emergency Provider Report for Jami Golden

12.    Redmond Regional Medical Center History and Physical for Jami Golden

13.    Redmond Regional Medical Center Infectious Disease Consultation Report for Jami Golden

14.    Redmond Regional Medical Center Discharge Summary for Jami Golden

4

15. Depositions of Floyd Healthcare Management, Inc., Floyd Emergency Physicians, LLC, by designated representative Garrett Barnes, MD under Fed.R.Civ.Pr. 30(b)(6), and Garrett Barnes, MD, individually

16. Depositions of Floyd Healthcare Management, Inc., Floyd Emergency Physicians, LLC, by designated representative Charles William Stein , NP under Fed.R.Civ.Pr. 30(b)(6), and Charles William Stein , NP, individually

17. Depositions of Floyd Healthcare Management, Inc., Floyd Emergency Physicians, LLC, by designated representative Danny Ray Rogers, PA under Fed.R.Civ.Pr. 30(b)(6), and Danny Ray Rogers, PA, individually

18. Depositions of Floyd Healthcare Management, Inc., Floyd Emergency Physicians, LLC, by designated representative Mendy Lambert, RN under Fed.R.Civ.Pr. 30(b)(6), and Mendy Lambert, RN, individually

19. Depositions of Floyd Healthcare Management, Inc., Floyd Emergency Physicians, LLC, by designated representative Sharon Gaylor, RN under Fed.R.Civ.Pr. 30(b)(6), and Sharon Gaylor, RN, individually

The facts evidenced by these materials in part form the basis of my opinions stated in this Report. I reserve the right to amend this statement if new information becomes available through the course of discovery or otherwise, that is not currently known to Plaintiff. I will also base my opinions on my education, training, and experience, as set forth in my CV attached hereto.

## III. EXHIBITS TO BE USED TO SUMMARIZE OR SUPPORT OPINIONS

At this time, I am not aware of any exhibits to be used to summarize or support my opinions, except for the medical records, Floyd Emergency Center policies, and depositions set forth in Section II above. Should any additional exhibits be used to summarize or support my opinions, this disclosure of such exhibits will be supplemented.

## IV.   EXPERT QUALIFICATIONS

All my qualifications to offer expert testimony are set forth in my CV, which is attached hereto and incorporated by reference.

I have not authored any publications in the ten (10) years prior to the date of this Report.

## V.   TESTIMONY FROM PREVIOUS FOUR YEARS

I have not testified at trial or by deposition in any cases within the past four (4) years prior to this Report.

## VI.   STATEMENT OF COMPENSATION

For this case I am being compensated according to the following fee schedule:

| | |
|---|---|
| Case Review, Research, Oral Opinion: | $ 175/ hour |
| Reports & Pretrial Preparation: | $ 175/ hour |
| Expedited Fee (service request less than 10 business days): | $ 225/ hour |
| Deposition Appearance: | $ 250/hour |
| Trial Appearance: | $1,500/day |
| Travel Time & Expenses: | Actual cost incurred |

This 2nd day of November, 2020

_MKBreen_____

Michelle K. Breen, RNP

# Michelle Kendall Breen

10155 Crescent Hill Lane, Roswell GA 30076
Phone: 770-778-4931 E-Mail: michellekbreen@gmail.com

## Objective

Highly motivated nurse practitioner with over six years experience in women's health seeking independent consulting opportunities as a legal nurse consultant in a firm that requires comprehensive knowledge of nursing standards of care and superior analytical skills.

## Professional attributes

- Extensive experience with patients requiring care in medically complex settings, both low and high risk
- Knowledge of JCAHO and state regulations pertaining to health care organizations
- Ability to explain medical concepts, both verbally and in writing, in concise terms
- Attention to detail during analysis of medical records while completing quality improvement

## Education

**Chamberlain College of Nursing**                                **May 2015- April 2017**

MSN-FNP program; graduated with a GPA of 3.89; member of Sigma Theta Tau International Honors Society and National Society of Leadership and Success

**Georgia Regents University**                                **2011-2014**

BSN program; former member of the Georgia Association of Nursing Students; 3.12 cumulative GPA; Member of Sigma Theta Tau International; HOPE scholarship recipient

## Experience

**Northside/Northpoint OB/GYN**                                **May 2017 – Present**

- Assess acute and chronic medical problems
- Order diagnostic labs and radiology tests
- Interpret diagnostic testing and create a patient-oriented treatment plan
- Deliver obstetrical care for normal and high-risk pregnancies
- Provide well-woman care, including preventative healthcare
- Perform office procedures, including IUD insertion, incision and drainage, biopsies, and polypectomies
- Teach child-birth class to our patient population
- Inpatient rounds and consults on antepartum high risk and postpartum patients - includes acute and chronic disease on the busiest maternity ward in the country (Northside Hospital Atlanta)
- Initiate telehealth movement in the setting of global pandemic; including set up, communication with staff and schedulers, educating other providers, and review billing
- Sole telehealth provider even as office opens back up to 100% - performing physical exams, diagnosing, managing, and treating acute/chronic diseases remotely

**Northside Hospital – Registered Nurse in L&D**                    **August 25, 2014- March 2017**

- Monitor fetal heart rate and uterine contractions
- Ensure a safe delivery for both mother and baby
- Manage patient in the operating room
- Deliver post-anesthesia care after surgery
- Develop individualized plan of care for patient
- Carry out MD orders in an efficient and timely manner
- Educate patients and family members on plan, procedure, and outcome
- Provide psychosocial and emotional support for patient and family
- Certified nurse preceptor

**Northside Hospital – Nurse Extern**                    **June 2, 2014-August 2014**

- Stock linens and equipment
- Transport patients
- Room set up for new admissions and deliveries

**University Hospital**                    **January 2014-May 2014**

- Preceptorship – 3 South – Labor and Delivery
- Insert catheter and IV
- Position fetal monitors on patient
- Assist during birth
- Observe a C-section birth
- Hang and start IV medications
- Document on patient using electronic medical records

**Georgia Regents Medical Center**                    **June 2013 - August 2013**

- Patient Care Intern – student position
- Administered medications, routine vital signs
- Started IV's
- Documented on electronic medical records
- Collected labs and blood glucose levels

**Skills**

Basic nursing skills; vital signs, blood glucose levels, medication administration, IV management
Computer skills; organized, task driven, and efficient worker; the ability to assess, diagnose, and treat acute and chronic diseases; effective communication

# Michelle Kendall Breen

10155 Crescent Hill Lane, Roswell GA 30076
Phone: 770-778-4931 E-Mail: michellekbreen@gmail.com

## Objective

Highly motivated nurse practitioner with over six years experience in women's health seeking independent consulting opportunities as a legal nurse consultant in a firm that requires comprehensive knowledge of nursing standards of care and superior analytical skills.

## Professional attributes

- Extensive experience with patients requiring care in medically complex settings, both low and high risk
- Knowledge of JCAHO and state regulations pertaining to health care organizations
- Ability to explain medical concepts, both verbally and in writing, in concise terms
- Attention to detail during analysis of medical records while completing quality improvement

## Education

**Chamberlain College of Nursing**                                                    **May 2015- April 2017**

MSN-FNP program; graduated with a GPA of 3.89; member of Sigma Theta Tau International Honors Society and National Society of Leadership and Success

**Georgia Regents University**                                                              **2011-2014**

BSN program; former member of the Georgia Association of Nursing Students; 3.12 cumulative GPA; Member of Sigma Theta Tau International; HOPE scholarship recipient

## Experience

**Northside/Northpoint OB/GYN**                                                     **May 2017 – Present**

- Assess acute and chronic medical problems
- Order diagnostic labs and radiology tests
- Interpret diagnostic testing and create a patient-oriented treatment plan
- Deliver obstetrical care for normal and high-risk pregnancies
- Provide well-woman care, including preventative healthcare
- Perform office procedures, including IUD insertion, incision and drainage, biopsies, and polypectomies
- Teach child-birth class to our patient population
- Inpatient rounds and consults on antepartum high risk and postpartum patients - includes acute and chronic disease on the busiest maternity ward in the country (Northside Hospital Atlanta)
- Initiate telehealth movement in the setting of global pandemic; including set up, communication with staff and schedulers, educating other providers, and review billing
- Sole telehealth provider even as office opens back up to 100% - performing physical exams, diagnosing, managing, and treating acute/chronic diseases remotely

**Northside Hospital – Registered Nurse in L&D**                    **August 25, 2014- March 2017**
- Monitor fetal heart rate and uterine contractions
- Ensure a safe delivery for both mother and baby
- Manage patient in the operating room
- Deliver post-anesthesia care after surgery
- Develop individualized plan of care for patient
- Carry out MD orders in an efficient and timely manner
- Educate patients and family members on plan, procedure, and outcome
- Provide psychosocial and emotional support for patient and family
- Certified nurse preceptor

**Northside Hospital – Nurse Extern**                    **June 2, 2014-August 2014**
- Stock linens and equipment
- Transport patients
- Room set up for new admissions and deliveries

**University Hospital**                    **January 2014-May 2014**
- Preceptorship – 3 South – Labor and Delivery
- Insert catheter and IV
- Position fetal monitors on patient
- Assist during birth
- Observe a C-section birth
- Hang and start IV medications
- Document on patient using electronic medical records

**Georgia Regents Medical Center**                    **June 2013 - August 2013**
- Patient Care Intern – student position
- Administered medications, routine vital signs
- Started IV's
- Documented on electronic medical records
- Collected labs and blood glucose levels

**Skills**
    Basic nursing skills; vital signs, blood glucose levels, medication administration, IV management
    Computer skills; organized, task driven, and efficient worker; the ability to assess, diagnose, and treat acute and chronic diseases; effective communication

# CERTIFICATE OF SERVICE

I certify that I have this day served a true and correct copy of the following discovery documents:

1. Plaintiff's Rule 26 Expert Disclosures

upon all parties and their counsel by email and via the Court's ECF system to the following persons:

Attorneys for Plaintiff:

Bobby Lee Cook
C. Sutton Connolly
9899 Commerce Street
P. O. Box 370
COOK & CONNELLY, LLC
Summerville, Georgia 30747
Cook Email:  blcook@cookconnelly.com
Connelly Email:  sutton.connelly@cookconnelly.com

Attorneys for Defendants Floyd Healthcare Management, Inc.
and Floyd Emergency Physicians, LLC:

Jule W. Peek, Jr.
Benjamin P. Stell
MCRAE, SMITH, PEEK, HARMAN & MONROE, LLP
P. O. Box 29
Rome, Georgia 30162-0029
J. Peek email:  jpeek@msp-lawfirm.com
B. Stell email:  bstell@msp-lawfirm.com

Attorneys for Defendants Barnes, Stein, and Rogers:

William F. Jourdain
Brittany M. Dant
THE MINOR FIRM
P. O. Box 2586

745 College Drive, Suite B
Dalton, GA 30722-2586
W. Jourdain email:  wjourdain@minorfirm.com
B. Dant email:  bdant@minorfirm.com

*Attorney for deponents*

This 2nd day of November, 2020.

*/s/William S. Stone*